### PROUTT agt. SCARLETT

William Proutt Attourny to Capt^n Thomas Tinner of Burmoodos plaint. ag^t John Scarlett Executo^r to the Estate of Cap^t Samuel Scarlett dec^d Defend^t in an action of the case for non payment of ten thousand five hundred Fifty and Eight pounds of Nevis Tobacco

which is due upon Forfiture of a bond bearing date. April: 10ᵗʰ 1650. for not paying two thousand five hundred Seventy & nine pounds of sᵈ Nevis Tobacco nor the produce thereof which is due by sᵈ bond with all other due damages according to attachmᵗ datᵈ April: 19° 1677. . . . The Jury . . . found for the Defendant costs of Court.